BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED SAHEED,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:15-cv-00848-SMS<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended 35 days to and including April 8, 2016.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defense counsel needs the additional time to further review the file and prepare a response in this matter due to a heavy workload, including a Ninth Circuit case and several other district court cases, despite due diligence.

///

The parties further stipulate that the remaining dates in the Court's Scheduling Order shall be modified accordingly.

Defense counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: February 29, 2016            */s/ Lynn M. Harada for Cyrus Safa*\*
                                    (*as authorized via email on 2/29/16)
                                    CYRUS SAFA
                                    Attorney for Plaintiff


Dated: February 29, 2016            BENJAMIN B. WAGNER
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Acting Regional Chief Counsel, Region IX
                                    Social Security Administration

                            By:     /s/ Lynn M. Harada
                                    LYNN M. HARADA
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant


ORDER:

APPROVED AND SO ORDERED:

IT IS SO ORDERED.

   Dated:   **February 29, 2016**            **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE