BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOHAMMED SAHEED,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:15-cv-00848-SMS<br><br>STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended 30 days to and including May 9, 2016.  This is Defendant's second request for an extension of time to respond to Plaintiff's motion.  Defense counsel needs the additional time as she has been ill and out of the office, and also due to a heavy workload, including several other district court cases as well as other substantive, non-litigation matters, despite due diligence.  Defendant therefore needs additional time to properly address the issues Plaintiff raises in his Motion for Summary Judgment.

The parties further stipulate that the remaining dates in the Court's Scheduling Order shall be modified accordingly.

Defense counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: April 8, 2016        */s/ Lynn M. Harada for Cyrus Safa*\*
                            (*as authorized via email on 4/8/16)
                            CYRUS SAFA
                            Attorney for Plaintiff


Dated: April 8, 2016        BENJAMIN B. WAGNER
                            United States Attorney
                            DEBORAH LEE STACHEL
                            Acting Regional Chief Counsel, Region IX
                            Social Security Administration

                      By:   /s/  Lynn M. Harada
                            LYNN M. HARADA
                            Special Assistant U.S. Attorney

                            Attorneys for Defendant


ORDER:

APPROVED.

IT IS SO ORDERED.

Dated:   **April 10, 2016**              **/s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE