PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED SAHEED,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:15-cv-00848-SMS<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended 5 days to and including May 16, 2016.  This is Defendant's third request for an extension of time to respond to Plaintiff's motion.  Defense counsel respectfully requests this additional time due to a heavy workload, and due to her short absence from the office due to illness and medical appointments.  Defense counsel is managing an active caseload of approximately 35 district court cases, in addition to a Ninth Circuit case, and is also responsible for two bankruptcy matters and six civil rights matters.  Defense counsel has also missed work due to medical appointments and illness, which has impacted her ability to timely and adequately

address the issues Plaintiff has raised in his brief.  For the aforementioned reasons, Defense counsel respectfully requests a 5-day extension of time to properly address the issues Plaintiff raises in his Motion for Summary Judgment.  This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the remaining dates in the Court's Scheduling Order shall be modified accordingly.

Defense counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated:  May 9, 2016         /s/ Lynn M. Harada for Cyrus Safa*
                            (*as authorized via email on 5/9/16)
                            CYRUS SAFA
                            Attorney for Plaintiff


Dated: May 9, 2016          PHILLIP A. TALBERT
                            Acting United States Attorney
                            DEBORAH LEE STACHEL
                            Acting Regional Chief Counsel, Region IX
                            Social Security Administration

                      By:   /s/  Lynn M. Harada
                            LYNN M. HARADA
                            Special Assistant U.S. Attorney

                            Attorneys for Defendant


ORDER:

APPROVED AND SO ORDERED:

IT IS SO ORDERED.

Dated:   **May 9, 2016**              **/s/ Sandra M. Snyder**
                                      UNITED STATES MAGISTRATE JUDGE